CONNALLY et al. v. MISSOURI, K. & T. RY. CO. OF TEXAS. (No. 5691.)

(Court of Civil Appeals of Texas. San Antonio. June 14, 1916.)

Appeal from District Court, Travis County; George Calhoun, Judge.

Action by C. W. Connally and another against the Missouri, Kansas & Texas Railway Company of Texas. From a judgment for defendant, plaintiffs appeal. Affirmed.

MOURSUND, J. This is a companion case to No. 5690, styled C. B. Weller et al. v. Missouri, Kansas & Texas Railway Company, 187 S. W. 374, this day decided by this court. The cases were tried upon the same evidence, before the same jury, and a verdict was returned in favor of defendant company. The cause is submitted on the same briefs, and, for the reasons set forth in the opinion rendered in said cause No. 5690, the judgment is affirmed.